WILLIAM LEHR, APPELLANT, *v.* LOUISA STER, RESPOND-
ENT.

Judgment affirmed.    (See Code Civ. Pro., § 832.)

THE COMMERCIAL BANK OF ROCHESTER, RESPONDENT,
*v.* BURRALL SPENCER, IMPLEADED, ETC., APPELLANT.

Judgment appealed from affirmed.   (2 Abb., 327 ; 5 Id., 498 ;
28 Barb., 661.)

THE SAME *v.* THE SAME.

Order appealed from affirmed, with ten dollars costs and dis-
bursements.   (5 Johns. Ch., 320 ; 41 N. Y., 359 ; 76 Id., 214.)

PLATT CARPENTER *v.* JANET CARPENTER.

New trial granted, costs to abide event.   *Held*, that the evidence
of the witnesses Georgia Tomlinson, Emma Peer and John Hama-
han, of statements made by George W. Carpenter respecting the
gift of the farm to him by his father, was improperly admitted.

QUINCY W. WELLINGTON, RESPONDENT, *v.* NELSON
THOMPSON, APPELLANT.

Judgment affirmed on opinion of RUMSEY, J., trial judge.

ABIGAIL GLIDDEN, APPELLANT, *v.* ALONZO LANGDON,
IMPLEADED, ETC., RESPONDENT.

Order appealed from affirmed, and order at the Circuit modified
by striking out the words " to be heard in the first instance at the
General Term," and with leave to plaintiff to move at Special
Term for a new trial on a case and exceptions, without costs of this
appeal to either party.

GEORGE RICHBURG, RESPONDENT, *v.* SIEGMUND LEVY,
APPELLANT.

Judgment affirmed.

LATHAM COFFIN, RESPONDENT, *v.* BENJAMIN S. COFFIN,
APPELLANT.

Judgment and order affirmed.   *Held*, that the circumstances